**Abatement Order filed December 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00964-CR
_____

**CARLOS  JULIO SABINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-062551**

---

## ABATEMENT  ORDER

Appellant entered a plea of guilty, without an agreed recommendation on punishment, to intoxicated assault. After a pre-sentence investigation and a hearing on punishment, on October 3, 2013, the trial court sentenced appellant to confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice. The trial court certified that appellant has the right to appeal. The court also granted appointed counsel's motion to withdraw as attorney of

record. Appellant filed a pro se notice of appeal. The record filed with this court does not reflect that appellate counsel has been appointed.

The reporter's record in this case was due **December 2, 2013,** but it has not been filed. *See* Tex. R. App. P. 35.1. Because it appears that appellant may be indigent and entitled to appointment of counsel and preparation of the reporter's record without advance payment of costs, we issue the following order. *See* Tex. R. App. P. 35.3(c).

We **ORDER** the judge of the 240th District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge shall appoint appellate counsel for appellant, if necessary. The judge shall see that a record of the hearing is made, shall make any necessary findings of fact and conclusions of law and/or orders, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any findings, conclusions, or orders. The transcribed record of the hearing, the court's findings and conclusions and/or orders, and a videotape or compact disc, if any, containing a recording of the video teleconference shall be filed with the clerk of this court on or before **January 31, 2014.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM